USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v -

    JAMAL ADAMSON and HASAHN MURRAY,

                              Defendants.
-------------------------------------------------------------- X

1:19-cr-00702-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Defendants filed a motion to dismiss the indictment on March 22, 2020. Dkt. No. 20. Pursuant to the Court's order dated March 2, 2020, Dkt. No. 17, the Government's opposition was due on April 3, 2020. As of the date of this order, the Court has not received the Government's opposition. The Government is directed to file its opposition forthwith, and in no event later than April 13, 2020. Defendants' reply is due one week from the date of service of the Government's opposition.

    SO ORDERED.

Dated: April 8, 2020

                                                          GREGORY H. WOODS
                                                   United States District Judge