USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                      :

UNITED STATES OF AMERICA,       :

                                      :

                 -v -             :          1:19-cr-00702-GHW

                                      :

JAMAL ADAMSON and HASAHN MURRAY,  :          ORDER

                                      :

                 Defendants.  :

                                      :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        Defendants filed a motion to dismiss the indictment on March 22, 2020. Dkt. No. 20. Pursuant to the Court's order dated March 2, 2020, Defendants' reply was due one week from the date of service of the Government's opposition. Dkt. No. 17. The Government filed its opposition on April 8, 2020. Dkt. No. 24. Accordingly, Defendants' reply was due on April 15, 2020. As of the date of this order, the Court has not received Defendants' reply. Defendants are directed to file any reply forthwith, and in no event later than April 18, 2020.

        The Court understands that the hearing scheduled for April 24, 2020 will address only a question of law—namely, Defendants' motion, which does not raise any disputed factual issues. Therefore, the Court understands that Defendants' presence is not required pursuant to Fed. R. Crim. P. 43(b)(3) ("A defendant need not be present" when "[t]he proceeding involves only a conference or hearing on a question of law."). Counsel for each Defendant is directed to advise the Court by April 18, 2020 whether they have any objection to conducting the hearing telephonically without the presence of Defendants.

        SO ORDERED.

Dated: April 16, 2020

                                                    GREGORY H. WOODS
                                                  United States District Judge