USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/20

lUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
:
:
      -v - : 1:19-cr-00702-GHW
:
JAMAL ADAMSON and HASAHN MURRAY, : ORDER
:
                        Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 16, 2020, the Court ordered Defendants to file their reply to the Government's opposition to Defendants' motion to dismiss the indictment forthwith, and in no event later than April 18, 2020. Dkt. No. 25. On April 18, 2020, Defendants filed a motion for an extension of time to file their reply until April 21, 2020. Dkt. No. 26. A motion hearing is scheduled for April 24, 2020. Defendants' motion is granted in part. The Court will consider any reply filed no later than 3:00 p.m. on April 20, 2020--five days after the original deadline. Counsel should not expect that the Court will consider any reply filed after that time.

Counsel for each Defendant is directed to comply with the second part of the Court's April 16, 2020 order, which directed them "to advise the Court by April 18, 2020 whether they have any objection to conducting the [April 24, 2020] hearing telephonically without the presence of Defendants." Their response is due no later than April 19, 2020.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

SO ORDERED.

Dated: April 18, 2020

                                                          GREGORY H. WOODS
                                                    United States District Judge