```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                              :

UNITED STATES OF AMERICA,        :

                                                              :

                                          -v -                                 :                      1:19-cr-00702-GHW

                                                              :

JAMAL ADAMSON and HASAHN MURRAY,  :                      ORDER

                                                              :

                                         Defendants.  :

                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The hearing scheduled for April 24, 2020 at 10:00 a.m. will be held via conference call. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19, available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

       SO ORDERED.

Dated: April 22, 2020

                                                                                            _____
                                                                                                 GREGORY H. WOODS
                                                                                   United States District Judge