```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :

UNITED STATES OF AMERICA,        :

                                -v -                             :        1:19-cr-00702-GHW

JAMAL ADAMSON and HASAHN MURRAY,  :        ORDER

                           Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record during the conference held on April 24, 2020, Defendants' motion to dismiss the indictment, Dkt. No. 20, is DENIED.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

    SO ORDERED.

Dated: April 24, 2020

                                                                             _____
                                                                                GREGORY H. WOODS
                                                                        United States District Judge