USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/20

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                   FAX (212) 964-2926

October 12, 2020

Hon. Gregory H. Woods
United States District Court
Southern District of New York                **MEMORANDUM ENDORSED**
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Adamson, et al**
19 Cr 702 (GHW)

Your Honor:

  I write on behalf of the defendants, Hasahn Murray, by David Bertan, Esq., and my client Jamal Adamson, to request that the Court hold a phone conference regarding the motion and trial schedule in this case.

  As the conference will concern scheduling, the defendants have authorized counsel to waive their appearance.

  All parties are available at any time on Thursday, October 15, 2020 or after 10:00 a.m. Friday, October 16, 2020 that is convenient to the court. The government, by Maurene Comey, Esq. has no objection to this request.

               Respectfully,

               *Lisa Scolari*

               Lisa Scolari

---

Application granted.  The Court will hold a conference call on October 15, 2020 at 9:30 a.m.  The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated: October 12, 2020                                                                    _____
New York, New York                                                                          GREGORY H. WOODS
                        United States District Judge