USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                         :
UNITED STATES OF AMERICA,             :
                         :
                         :
                         :
              -v -                    :            1:19-cr-00702-GHW
                         :
JAMAL ADAMSON and HASAHN MURRAY,    :               ORDER
                         :
                 Defendants.   :
                         :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 15, 2020, the Court held a conference regarding trial scheduling. For the reasons stated on the record, the jury trial in this case, currently scheduled to begin between January 4, 2021 and February 16, 2021, is adjourned to April 19, 2021. Due to the uncertainty resulting from the COVID-19 pandemic, the Court is unable to guarantee that precise date at this time. The Court will endeavor to confirm the start date as far in advance of trial as possible.

The final pretrial conference scheduled for December 17, 2020 is adjourned to April 1, 2021 at 2:00 p.m. Pre-trial materials, including motions in limine, and the other submissions required pursuant to the Court's December 23, 2019 order, Dkt. No. 12, are due no later than February 1, 2021.

SO ORDERED.

Dated: October 15, 2020
New York, New York

                                                                  _____
                                                                        GREGORY H. WOODS
                                                                  United States District Judge