USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                     :
UNITED STATES OF AMERICA,          :
                                                     :
                          -v -                      :           1:19-cr-00702-GHW
                                                     :
JAMAL ADAMSON and HASAHN MURRAY, :           ORDER
                                                     :
                          Defendants.   :
                                                     :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 2, 2021, the Court held a conference regarding trial scheduling. The jury trial in this case, currently scheduled to begin on April 19, 2021, is adjourned to November 1, 2021.

The final pretrial conference scheduled for April 1, 2021 is adjourned to October 7, 2021 at 2:00 p.m. Pre-trial materials, including motions *in limine*, and the other submissions required pursuant to the Court's December 23, 2019 order, Dkt. No. 12, are due no later than August 13, 2021.

SO ORDERED.

Dated: February 3, 2021

                                                           _____
                                                                 GREGORY H. WOODS
                                                                United States District Judge