USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,          :
:
:
:
:
             -v -                  :         1:19-cr-00702-GHW
:
JAMAL ADAMSON,                     :         ORDER
:
                    Defendant.     :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 3, 2021 the Court scheduled the jury trial in this case to begin on November 1, 2021. Dkt. 58. The jury trial is adjourned to November 10, 2021 at 9:00 a.m. It is the first priority trial scheduled for that date.

All other deadlines, including the date for the final pretrial conference, remain as ordered by the Court on February 3, 2021.

SO ORDERED.

Dated: August 31, 2021

_____
GREGORY H. WOODS
United States District Judge