USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
:
:
:
-v -  :   1:19-cr-00702-GHW
:
JAMAL ADAMSON,  :   ORDER
:
Defendant.  :
:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On August 31, 2021, the Court adjourned the jury trial to November 10, 2021 at 9:00 a.m. and left all other deadlines as ordered on February 3, 2021.  Dkt. No. 66.  The final pretrial conference currently scheduled for October 7, 2021 is adjourned to October 19, 2021 at 10:00 a.m.

SO ORDERED.

Dated:  September 29, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge