Case 1:19-cr-00702-GHW   Document 86   Filed 10/20/21   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA, :
 :
 :
 :
 :
          -v - : 1:19-cr-00702-GHW
 :
JAMAL ADAMSON, : ORDER
    a/k/a "J-Rock," :
 :
 :
                          Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 19, 2021 the Court held a pretrial conference. At the conference, the Court ruled on the parties' motions *in limine*. Dkt. Nos. 67 and 69. For the reasons stated on the record, Defendant's motion *in limine* is granted in part and denied in part. Defendant's request to show the video on implicit bias is denied. The court will make a statement to the selected jurors on implicit bias, as described on the record. For the reasons stated on the record, the government's motion to admit the two out of court statements is denied. Dkt. No. 69.

Additionally, if Defendant wishes to object to the admission of evidence of charged and uncharged crimes laid out in the government's April 16, 2021 letter, Dkt. No. 59, he must file a motion *in limine* requesting that relief no later than October 25, 2021. The government's opposition to such a motion is due on or before October 29, 2021. Defendant's reply, if any, is due on or before November 1, 2021. In addition, if Defendant seeks to introduce evidence of the position taken by the government at Derek Parsons' sentencing, the issue should be addressed in Defendant's October 25, 2021 supplemental motion *in limine*.

The parties received a copy of the Court's proposed case summary during the conference. The Court also sent the parties its proposed voir dire questions by email. The parties are directed to

file a joint letter informing the Court of any objections or proposed modifications to the voir dire questions and case summary no later than October 26, 2021.

For the reasons sated on the record during the conference held on October 19, 2021, Defendant is directed to submit any objections to the Government's proposed jury charge, Dkt. No. 70, in the manner outlined at the conference by no later than October 29, 2021. Any opposition to Defendant's proposed changes are due on or before November 2, 2021.

The Court has determined that it is in the interest of justice to hold a pre-trial hearing regarding the admissibility of the statement allegedly made by Hasahn Murray to Female-1 pursuant to Federal Rule of Evidence 104(c)(3). The Court expects that the hearing will focus on the issue of whether the statement was made "in furtherance of" the charged conspiracy. The Court finds that a pre-trial hearing regarding this issue is in the interest of justice because the statement at issue is highly probative of Mr. Adamson's guilt. The Court is not certain that a limiting instruction would be effective to prevent jurors from considering the statement. A pre-trial hearing will allow the Court to evaluate the admissibility of the statement without disclosing the testimony to the jury. It will also allow the parties to focus their questioning on issues related to the admissibility of the evidence, rather than dividing their focus between the statement's admissibility and the effect of the substantive testimony on the jury. The hearing will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007 on Friday November 5, 2021 at 9:00 a.m.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 67, 69 and 78.

SO ORDERED.

Dated: October 20, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge