```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA


            AGAINST                                    ORDER
                                                       19 Cr. 702 (GHW)
JAMAL ADAMSON,

            DEFENDANT
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

UPON the application of LISA SCOLARI, attorney for the above named defendant, JAMAL ADAMSON, 87291-054, it being apparent that Mr. Adamson is in need of appropriate clothing for trial,

IT IS HEREBY ORDERED, that the WARDEN of the METROPOLITAN DETENTION CENTER and his staff accept clothing on behalf of Mr. Adamson and keep that clothing available to him so that he can wear it for trial, beginning Tuesday November 9, 2021 and continuing for three weeks, specifically: one pair of shoes, six shirts, three suit jackets, two pairs of pants, six ties, one belt and six pairs of socks.

IT IS FURTHER ORDERED that the WARDEN of the METROPOLITAN DETENTION CENTER and his staff shall return said clothes and accept the same number of replacement clothing items as needed during the trial which is expected to continue for three weeks.

October 21, 2021
    DATE

_____
GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK