# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/21

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                           FAX (212) 964-2926

October 25, 2021

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Adamson, et al**
19 Cr 702 (GHW)

Your Honor:

The Court ordered that the parties submit any objections or comments regarding the Court's proposed case summary and voir dire questions by tomorrow October 26, 2021. Both the proposed case summary and voir dire questions are acceptable to the defense.

The Court directed the defense to file a motion *in limine* regarding the government's April 16, 2021 Enterprise letter by today, October 25, 2021. We request that the Court permit us to file that motion tomorrow, October 26, 2021 as we are still reviewing a recent, significant production of 3500 material which will inform the motion and potentially forestall objections to some of the proffered acts. If permitted we will also include our argument on the admissibility of the government's position at Derek Parson's sentencing in the October 26, 2021 motion *in limine*.

Respectfully,

*Lisa Scolari*

Lisa Scolari and Thomas Ambrosio
Attorneys for Jamal Adamson

Application granted. Defendant's supplemental motion *in limine* is due on or before October 26, 2021. The government's opposition is due on or before October 30, 2021. Defendant's reply, if any, is due on or before November 2, 2021.

SO ORDERED.

Dated: October 25, 2021
New York, New York

GREGORY H. WOODS
United States District Judge