USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
:
:
-v - : 1:19-cr-00702-GHW
:
JAMAL ADAMSON, : ORDER
    a/k/a "J-Rock," :
:
Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 26, 2021, the government filed a letter requesting an advance ruling on the admissibility of certain music video evidence. Dkt. No. 92. Defendant is directed to file any opposition to the government's motion on or before October 30, 2021. The government's reply, if any, is due on or before November 2, 2021.

SO ORDERED.

Dated: October 26, 2021
New York, New York

                                                       GREGORY H. WOODS
                                                       United States District Judge