

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/1/2022

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

March 25, 2022

*Via ECF*

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

*Re: U.S. v. Hasahn Murray, 19 Cr. 702 (GHW)*

Dear Judge Woods:

    We represent Hasahn Murray in the above-referenced matter. Recently, we had a brief issue concerning our client's understanding of the Guidelines. We respectfully request a two week extension for both parties to file sentencing submissions and an adjournment of the sentencing hearing. If convenient for the Court, we request a date in the beginning of May 2022. The government consents to this request.

    Thank you for your time and consideration.

                                          Respectfully submitted,

                                          s/ Jacqueline Cistaro, Esq.
                                             David Bertan, Esq.

cc:    AUSA Dominic Gentile (*via ECF and Electronic Mail*)

Application granted. The sentencing in this matter is adjourned to May 10, 2022 at 10:00 a.m. The defendant's sentencing submissions are due no later than April 26, 2022; the Government's sentencing submissions are due no later than May 3, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 115.

SO ORDERED.
Dated: April 1, 2022
New York, New York

                            GREGORY H. WOODS
                          United States District Judge