# MEMORANDUM ENDORSED

USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/14/22

**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                               FAX (212) 964-2926

April 14, 2022

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Adamson, et al**
19 Cr 702 (GHW)

Your Honor:

We write to request a two month adjournment of Jamal Adamson's sentencing currently scheduled for April 28, 2022.

The adjournment is sought to give the defense additional time to prepare and file a sentencing submission. The Court permitted the defense to retain a mitigation expert and the expert needs a further opportunity to gather records and prepare a report, which will be part of the defense submission.

The government by, Peter Davis, Esq., consents to this request. Therefore we ask that the Court adjourn the sentence to a date in late June, 2022.

Respectfully,

*Lisa Scolari*

Lisa Scolari and Thomas Ambrosio
Attorneys for Jamal Adamson

---

Application granted. The sentencing for Mr. Adamson is adjourned to **Friday, June 24, 2022 at 10:00 a.m.** The defendant's sentencing submissions are due no later than June 10, 2022; the Government's sentencing submissions are due no later than June 17, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 117.

SO ORDERED.

Dated: April 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge