**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                       FAX (212) 964-2926

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2022

June 10, 2022

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**MEMORANDUM ENDORSED**

**Re: United States v. Adamson, et al**
19 Cr 702 (GHW)

Your Honor:

      We write to request an adjournment of Jamal Adamson's sentencing currently scheduled for June 28, 2022, to a date in mid-September, 2022.

      The adjournment is sought to give the defense additional time to prepare and file a sentencing submission. The Court permitted the defense to retain a mitigation expert. Unfortunately the expert's work has been delayed in part because she contracted covid. The expert needs additional time to gather records and prepare a report, which will be part of the defense submission.

      The government, by Dominick Gentile, Esq., has no objection to this request. Therefore we ask that the Court adjourn the sentence to a date in mid-September, 2022.

      Respectfully,

*Lisa Scolari*

Lisa Scolari and Thomas Ambrosio
Attorneys for Jamal Adamson

Application granted. The sentencing scheduled to take place on June 24, 2022 is adjourned to September 16, 2022 at 10:00 a.m. The Defendant's sentencing submissions are due no later than September 2, 2022; the Government's sentencing submissions are due no later than September 9, 2022.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 127.

SO ORDERED.
Dated: June 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge