**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/3/2022_

TEL. (212) 227-8899                                    FAX (212) 964-2926

September 2,  2022

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

# MEMORANDUM ENDORSED

**Re: United States v. Adamson, et al**
19 Cr 702 (GHW)

Your Honor:

We write to request an adjournment of Jamal Adamson's sentencing currently scheduled for September 16,  2022,  to a date in late November, 2022.

 The Court permitted the defense to retain a mitigation expert. The expert needs additional time to gather records and prepare a report, which will be part of the defense submission The adjournment is also sought to give the defense time to prepare and file a sentencing submission.

The government,  by Peter Davis, Esq., consents to this request. Therefore we ask that the Court adjourn the sentence to a date in late November, 2022.

Respectfully,

*Lisa Scolari*

Lisa Scolari and Thomas Ambrosio
Attorneys for Jamal Adamson

Application granted.  The sentencing proceeding scheduled for September 16, 2022 is adjourned to November 28, 2022.  The defendant's sentencing submissions are due no later than November 14, 2022; the Government's sentencing submissions are due no later than November 7, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 131.

SO ORDERED.
Dated:  September 3, 2022      _____

GREGORY H. WOODS
United States District Judge