**MEMORANDUM ENDORSED**

LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

January 18, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/19/2023
```

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
*via ECF*

**Re: United States v. Adamson, et al**<br>
19 Cr 702 (GHW)

Your Honor:

    We write to revise our request for an adjournment of Jamal Adamson's sentencing based on new information about the Court's availability. As the Court will be on trial during the month of March, we request an adjournment of the sentence currently scheduled for February 6, 2023, to February 28, 2023 at noon, which is a date and time convenient to the Court. We also request leave to file the defense submission two weeks in advance on February 14, 2021 and for the government's submission to be filed a week in advance on February 21, 2023.

    The adjournment is sought to give the defense additional time to prepare and file a sentencing submission. We anticipate that this will be our final adjournment request and expect to be prepared to proceed at that time.

    The government, by Peter Davis, Esq., consents to this request. Therefore we ask that the Court adjourn the sentence to February 28, 2023 at 12:00.

Respectfully,

*Lisa Scolari*

Lisa Scolari and Thomas Ambrosio
Attorneys for Jamal Adamson

Application granted. The sentencing hearing in this matter is adjourned to February 28, 2023 at 12:00 p.m. The defendant's sentencing submissions are due no later than February 14, 2023 ; the Government's sentencing submissions are due no later than February 21, 2023 .

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 136.

SO ORDERED.

Dated: January 19, 2023
New York, New York

                                       GREGORY H. WOODS
                                       United States District Judge