|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 2/25/2023 |

------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
:
:
-v- :    1:19-cr-702-GHW-1
:
JAMAL ADAMSON, :    ORDER
:
Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

ECF page 7 of the defendant's sentencing submission contains a section describing the defendant's view of the applicability of USSG § 5G1.3(b)(1) and (2) to the Court's sentencing decision. The Government's sentencing submission does not respond to that argument. The Government's sentencing submission similarly fails to address the defendant's objections to the guidelines calculation contained in the presentence report, which is presented at ECF pages 6 and 7 of the defendant's sentencing submission. The Court's assessment of the arguments presented by the defendant would benefit from advocacy from all parties. Therefore, the Court requests that the Government file a supplemental sentencing submission that responds to those arguments by the defendant.

In order for the Court to be able to proceed with the sentencing on the schedule currently established, the Court must receive the Government's supplemental sentencing submission no later than noon on February 27, 2023. If the Government cannot provide a fully considered, well-researched response by that deadline, the Court requests that the Government propose an

alternative deadline for its supplemental submission and that the parties propose one or more alternative dates for sentencing.

    SO ORDERED.

Dated: February 25, 2023
       New York, New York

                                        GREGORY H. WOODS
                                      United States District Judge

2