```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :
                    -v-                                     :
                                                            :
                                                            :
    JAMAL ADAMSON,                                          :
                                                            :
                                    Defendant.              :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2023

1:19-cr-702-GHW-1

RESPONSE

GREGORY H. WOODS, United States District Judge:

The Court has received Mr. Adamson's letter requesting that the Court allow him to change his counsel in his appeal. Because an appeal is pending, any application to change counsel should be directed to the Second Circuit Court of Appeals. The Court expects that Mr. Marvinny is aware of the procedures that apply and that he can make any necessary request to the Court of Appeals to substitute for Mr. Adamson's current appellate counsel.

The Clerk of Court is directed to mail a copy of this order to Mr. Adamson.

SO ORDERED.

Dated: July 12, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge