UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

UNITED STATES OF AMERICA,

        -v-

JAMAL ADAMSON,

                       Defendant.

--------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/13/2024
```

1:19-cr-702-GHW-1

ORDER

**GREGORY H. WOODS, United States District Judge:**

On October 9, 2024, the Clerk of Court docketed a reply brief filed by Mr. Adamson in connection with his habeas petition (the "Reply"). Dkt. No. 157. The Reply raises a number of arguments that were not advanced in his original petition. The Government is instructed to submit a sur-reply brief addressing the arguments presented in the Reply no later than November 14, 2024. No response to the sur-reply is permitted without prior authorization from the Court.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail this order to Mr. Adamson.

SO ORDERED.

Dated: October 13, 2024
      New York, New York

_____
GREGORY H. WOODS
United States District Judge